Present—Scudder, P.J., Peradotto, Lindley and Green, JJ.

HARRIET C. BOARDMAN, Appellant, v CHURCH OF THE TRANSFIGURATION, Respondent. (Appeal No. 2.) [919 NYS2d 441]—

Present—Scudder, P.J., Peradotto, Lindley and Green, JJ.

HARRIET C. BOARDMAN, Appellant, v CHURCH OF THE TRANSFIGURATION, Respondent. (Appeal No. 3.) [919 NYS2d 435]—

Memorandum: Plaintiff commenced this action seeking injunctive relief and monetary damages based upon water damage to her property allegedly caused by the construction and expansion of defendant's building and parking lot. Supreme Court properly granted that part of defendant's motion seeking summary judgment dismissing the third cause of action, for trespass. Defendant met its initial burden of establishing that it did not intend to cause water to enter onto plaintiff's property (*see Theofilatos v Koleci*, 105 AD2d 514 [1984]), and plaintiff failed to raise a triable issue of fact in opposition (*see generally Zuckerman v City of New York*, 49 NY2d 557, 562 [1980]). The court erred, however, in granting those parts of the motion seeking summary judgment dismissing the first and second